```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A93-0136--CR (JWS) │
│                  "USA V MARTHA CECILIA VELEZ-MONTONYA ET AL"            │
│                    DEF 1.1 VELEZ-MONTOYA, MARTHA CECILIA                │
├─────────────────────────────────────────────────────────────────────────┤
│           Including terminated defendants, excluding terminated counsel │
└─────────────────────────────────────────────────────────────────────────┘
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 11/10/93
               Closed: 06/03/03
   No. of Defendants: 6
        MJ Case Number:
                  AKA: VELEZ, MARTHA
                       LOPEZ, PATRICIA
      Location status: Not specified
           Trial date:
           Terminated: YES
    Needs interpreter: NO
    Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Timothy M. Burgess
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 VELEZ-MONTOYA, MARTHA CECILIA
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | 1 | 21:846 CONSPIRACY TO DISTRIBUTE COCAINE (F) | Dismissed (170-1) |

```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A93-0136--CR (JWS) │
│                  "USA V MARTHA CECILIA VELEZ-MONTONYA ET AL"            │
│                    DEF 2.1 JIMENEZ-MERCADO, JORGE MANUEL                │
├─────────────────────────────────────────────────────────────────────────┤
│            Including terminated defendants, excluding terminated counsel│
└─────────────────────────────────────────────────────────────────────────┘
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed:  11/10/93
             Closed:  06/03/03
 No. of Defendants:  6
      MJ Case Number:
                AKA:  JIMENEZ, JORGE
                      JIMENEZ, GEORGE
                      SANTOS, RAMON
    Location status:  U.S. Custody
         Trial date:  05/03/94
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Jorge M. Jimenez-Mercado
                      Pro Per: 07266-097
                      POB 4000
                      Springfield, MO 65801-4000
                      Serve: YES
                       Type: Waived or Self
                       Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Timothy M. Burgess
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 2.1 JIMENEZ-MERCADO, JORGE MANUEL

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | 1 | 21:846 CONSPIRACY TO DISTRIBUTE COCAINE (F) | Terminated |
| | 2 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Terminated |
| | 3 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Terminated |
| | 4 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Terminated |
| | 5 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Terminated |
| | 6 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Terminated |
| | 7 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Terminated |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA         │
│            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A93-0136--CR (JWS)    │
│                   "USA V MARTHA CECILIA VELEZ-MONTONYA ET AL"               │
│                       DEF 2.1 JIMENEZ-MERCADO, JORGE MANUEL                 │
├─────────────────────────────────────────────────────────────────────────────┤
│              Including terminated defendants, excluding terminated counsel  │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
         8      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)          Terminated

         9      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)          Terminated

        10      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)          Terminated

        11      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)          Terminated

        12      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)          Terminated

        13      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)          Terminated

        14      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)          Terminated

        17      18:1956(a)(1)(A)(i) MONEY LAUNDERING (F)          Terminated
```

```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A93-0136--CR (JWS)  │
│                     "USA V MARTHA CECILIA VELEZ-MONTONYA ET AL"             │
│                              DEF 3.1 ESCOBAR, ANGELA                        │
├─────────────────────────────────────────────────────────────────────────────┤
│              Including terminated defendants, excluding terminated counsel  │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed:  11/10/93
             Closed:  06/03/03
 No. of Defendants:  6
     MJ Case Number:
                AKA:  ALZATE, MARIA PATRICIA
                      ALZATE-GOMEZ, MARIA PATRICIA
    Location status:  Not specified
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Timothy M. Burgess
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 3.1 ESCOBAR, ANGELA
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | 1 | 21:846 CONSPIRACY TO DISTRIBUTE COCAINE (F) | Dismissed (171-1) |
| | 18 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (171-1) |
| | 19 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (171-1) |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET PARTY INFORMATION FOR CASE A93-0136--CR (JWS)
                            "USA V MARTHA CECILIA VELEZ-MONTONYA ET AL"
                                 DEF 4.1 VELEZ-MONTOYA, LUZ ESTELLA

                      Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 11/10/93
              Closed: 06/03/03
 No. of Defendants: 6
     MJ Case Number:
                 AKA: VELEZ, ESTELLA
    Location status: Not specified
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Timothy M. Burgess
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 4.1 VELEZ-MONTOYA, LUZ ESTELLA
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | 1 | 21:846 CONSPIRACY TO DISTRIBUTE COCAINE (F) | Dismissed (172-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A93-0136--CR (JWS)
                           "USA V MARTHA CECILIA VELEZ-MONTONYA ET AL"
                              DEF 5.1 URIBE-SANTAMERIA, RUBER AMILKAR

                    Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 11/10/93
              Closed: 06/03/03
 No. of Defendants:  6
      MJ Case Number:
                 AKA: URIBE, RUBER A
                      RUBIN
     Location status: U.S. Custody
          Trial date: 03/24/94
          Terminated: YES
  Needs interpreter: NO
  Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Timothy M. Burgess
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 5.1 URIBE-SANTAMERIA, RUBER AMILKAR
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | 1 | 21:846 CONSPIRACY TO DISTRIBUTE COCAINE (F) | Terminated |
| | 11 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Terminated |
| | 12 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Terminated |
| | 13 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Terminated |
| | 14 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Terminated |
| | 15 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Terminated |
| | 16 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Terminated |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A93-0136--CR (JWS)
                        "USA V MARTHA CECILIA VELEZ-MONTONYA ET AL"
                         DEF 6.1 DE ROJAS, CONCEPCION VILLEGAS

              Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 11/10/93
              Closed: 06/03/03
  No. of Defendants: 6
      MJ Case Number:
                 AKA: ROJAS, CONCHA
     Location status: Not specified
          Trial date:
          Terminated: YES
  Needs interpreter: NO
  Counsel of record: None specified


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Timothy M. Burgess
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 6.1 DE ROJAS, CONCEPCION VILLEGAS
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | 1 | 21:846 CONSPIRACY TO DISTRIBUTE COCAINE (F) | Dismissed (173-1) |
| | 2 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |
| | 3 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |
| | 4 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |
| | 5 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |
| | 6 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |
| | 7 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |
| | 8 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA         │
│             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A93-0136--CR (JWS)   │
│                   "USA V MARTHA CECILIA VELEZ-MONTONYA ET AL"               │
│                       DEF 6.1 DE ROJAS, CONCEPCION VILLEGAS                 │
├─────────────────────────────────────────────────────────────────────────────┤
│              Including terminated defendants, excluding terminated counsel  │
└─────────────────────────────────────────────────────────────────────────────┘
```

| | | |
|---|---|---|
| 9  | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |
| 10 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |
| 18 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |
| 19 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |
| 20 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |
| 21 | 18:1956(a)(1)(A)(i) MONEY LAUNDERING (F) | Dismissed (173-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A93-0136--CR (JWS)
                          "USA V MARTHA CECILIA VELEZ-MONTONYA ET AL"

                                        For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 11/10/93
            Closed: 06/03/03
No. of Defendants: 6
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 5 | 11/10/93 | [Re: DEF 1; 3-4; 6] Issued WOA |
| 1 - 1 | 11/10/93 | [Re: DEF 1-6] PLF 1 Indictment. |
| 136 - 1 | 12/30/96 | [Re: DEF 2] cy 9CCA Order terminating ltd remand; aplt brf due 1/31/97; rply brf due 14 dys after svc of answering brf. cc Judge Singleton. 96-30116 |
| NOTE - 1 | 03/05/97 | Notation: all future documents will be docketed in the automated system. |
| NOTE - 2 | 05/14/97 | Notation: Entire record consisting of (3) Vols original case files; (1) Vol sealed records; and (8) Vols transcripts in brown folder forwarded to 9CCA. |
| 137 - 1 | 09/02/97 | DEF 2 motion for production of court records, transcripts & documents. |
| 138 - 1 | 09/29/97 | [Re: DEF 2] JWS Minute Order denying motion for production of court records, transcripts & documents (137-1). Def may file a motion in the 9CCA. cc: USA, A. Dayan. |
| 139 - 1 | 10/31/97 | [Re: DEF-2] Fld cert cy 9CCA Mandate; USDC AFFIRMED. cc: cnsl, Judge Sedwick. 96-30116. |
| 140 - 1 | 01/05/98 | DEF 2 motion (ex parte) under FRCP Rule 9(b), and Rule 12(b)(1)(2)(3)(6) and (7) w/ att exhs. |
| 141 - 1 | 01/08/98 | [Re: DEF 2] JWS Minute Order denying motion under FRCP Rule 9(b), and Rule 12(b)(1)(2)(3)(6) and (7) (140-1).Dayan |
| 142 - 1 | 04/06/98 | DEF 2 Appeal to 9CCA to Dkt #141 fld 01/08/98. cc: cnsl, J. Mercado, Judge Sedwick, 9CCA. 98-30114. |
| 142A- 1 | 04/06/98 | DEF 2 motion to reconsider order or in the alternative leave to take appeal in forma pauperis w/att exhs. |
| 143 - 1 | 04/08/98 | [Re: DEF 2] Copy of 9CCA Time Schedule Order. cc: cnsl, J. Mercado, 9CCA (orig). 98-30114. |
| 144 - 1 | 04/27/98 | [Re: DEF 2] JWS Order denying without merit motion to reconsider order or in the alternative leave to take appeal in forma pauperis (142A-1). cc:USA, J. Jimenez-Mercado, Appeals Clerk |
| 145 - 1 | 05/08/98 | DEF 2 motion for leave to file criminal information in the US Supreme Court, against Judge, John w. Sedwick. |
| 146 - 1 | 05/11/98 | [Re: DEF 2] JWS Order denying motion for leave to file criminal information in the US Supreme Court (145-1). cc:USA, Jimenez-Mercado |
| 147 - 1 | 06/11/98 | DEF 2 motion (ex parte) for disclosure of the character of a United States District Court w/att exhs. |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A93-0136--CR (JWS)
                         "USA V MARTHA CECILIA VELEZ-MONTONYA ET AL"

                                    For all filing dates

Document #    Filed       Docket text


   148 -   1  06/15/98    [Re: DEF 2] JWS Minute Order denying motion for disclosure of the
                          character of a United States District Court (147-1).  cc:USA, Mercado

  NOTE -   3  07/15/98    Notation: [Re DEF-2] Forwarded appellant's informal brief to 9CCA.

   149 -   1  09/08/98    [Re: DEF 2] Copy of Order from 9CCA; on own mtn DISMISSES appeal for
                          lack of jurisdiction.  cc:  J. Jimenez-Mercado, cnsl, Judge Sedwick.
                          98-30114.

   150 -   1  09/08/98    [Re: DEF 2] Cert cy of Judgment from 9CCA DISMISSING appeal.  cc:  J.
                          Jimenez-Mercado, cnsl, Judge Sedwick.  98-30114.

   151 -   1  10/13/98    DEF 2 motion for issuance of certificated appealability.

   152 -   1  11/02/98    DEF 2 motion for issuance of certificate of appealability w/att exhs.

   153 -   1  11/04/98    [Re: DEF 2] JWS Order denying motion for issuance of certificated
                          appealability (151-1), motion for issuance of certificate of
                          appealability (152-1); if def files a notice of appeal a copy of this
                          order shall be forwarded to Court of Appeals. cc:USA, J. Mercado,
                          Appeals Clerk

   154 -   1  04/26/99    [Re: DEF 2] Cert. Cy of 9CCA Order transferring the 2255 petition to
                          USDC w/att 2255 petition & other documents from District of Columbia;
                          upon transfer 9CCA will close original action. cc: USA, J. Soroka
                          [courtesy], J. Mercado, 9CCA

   154 -   2  04/26/99    DEF 2 petition for writ of H/C per 28:2255

   155 -   1  04/30/99    [Re: DEF 2] JWS Minute Order re def's 2255 motion is referred to MJ
                          Branson for R/R. cc: USA, J. Mercado, MJ Branson

   156 -   1  05/10/99    [Re: DEF 2] AHB Order Directing Service and Response; clerkk to provide
                          USA w/cy of this order and mot (154-2); USA answer/responsive pldg due
                          w/in 30 dys from date of order; def advised he may be eligible to CJA
                          cnsl; upon rvw of USA's response, crt will determine whether hrg should
                          be scheduled.  cc: USA (w/cy of 154), J. Jimenez-Mercado, Judge Sedwick

   157 -   1  06/09/99    [Re: DEF 2] PLF 1 opposition to DEF 2 motion (petition) for writ of H/C
                          per 28:2255 (154-2) w/att exh.

   158 -   1  06/21/99    Initial R&R recommends dismissing re: DEF 2 petition for writ of H/C per
                          28:2255 (154-2). Objections due 07/08/99. Reply due 07/19/99. cc: USA,
                          J. Jimenez-Mercado, Judge Sedwick

  NOTE -   4  06/22/99    Notation (re: Appeal): Entire record consisting of (3) Vols original
                          clerk's file; (1) Vol sealed file; and (8) transcripts in brown
                          expanding file received from 9CCA.

   159 -   1  07/13/99    [Re: DEF 2] JWS Minute Order dismissing motion (petition) for writ of
                          H/C per 28:2255 (154-2). cc: USA, J. Mercado, MJ Branson

   160 -   1  07/15/99    [Re: DEF 2] JWS Order dismissing def's 28:2255 application. cc: USA, J.
                          Mercado, USM, USPO, MJ Branson

   161 -   1  08/31/99    [Re: DEF 2] JWS Minute Order that clerk is directed to return letter and
                          proposed filing to Mr. Miguel Lara Paz; clerk further directed not to
                          accept any further papers for filing on behalf of Jimenez Mercado except
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A93-0136--CR (JWS)
                              "USA V MARTHA CECILIA VELEZ-MONTONYA ET AL"
```

For all filing dates

```
Document #    Filed      Docket text
```

|  |  |  |
|---|---|---|
|  |  | any which relate to an appeal of this crt's decision to the 9CCA.  cc: USA, Jimez Mercado, Miguel Lara Paz (w/letter & proposed filings) |
| 162 - 1 | 10/09/01 | DEF 2 motion for production of transcripts w/att exhs. |
| 163 - 1 | 11/05/01 | [Re: DEF 2] JWS Minute Order denying motion for production of transcripts  (162-1). cc: USA, J. Jimenez-Mercado |
| 164 - 1 | 01/30/02 | [Re: DEF 1; 3-4; 6] AHB Minute Order that govt is directed to file stat report w/in 30 days from date of MO; report to advise crt if case has been resolved or if WOAs should stand.  cc: USA |
| 165 - 1 | 02/05/02 | [Re: DEF 1; 3-4; 6] PLF 1 Status Report pursuant to court's order of 1/30/02. |
| 166 - 1 | 02/04/03 | [Re: DEF 1; 3-4; 6] AHB Minute Order that govt directed to file stat report w/in 30 days from date of MO; stat report shall advise crt if case has been resolved or if WOA should stand.  cc: USA |
| 167 - 1 | 03/04/03 | [Re: DEF 1-4; 6] PLF 1 Status Report. |
| 168 - 1 | 05/29/03 | [Re: DEF 1; 3-4; 6] PLF 1 motion to dismiss and to quash warrant. |
| 169 - 1 | 06/03/03 | [Re: DEF 1; 3-4; 6] JWS Order granting motion to dismiss and to quash warrant (168-1). cc: USA, USM, USPO, MJ Branson |
| 170 - 1 | 06/03/03 | [Re: DEF 1] JWS Judgment of Discharge dismissed w/o prej ct 1 of Indt. cc: USA, USM, USPO, MJ Branson |
| 171 - 1 | 06/03/03 | [Re: DEF 3] JWS Judgment of Discharge dism w/o prej cts 1,18,19 of Indt. cc: USA, USM, USPO, MJ Branson |
| 172 - 1 | 06/03/03 | [Re: DEF 4] JWS Judgment of Discharge dismissed w/o prej ct 1 of Indt. cc: USA, USM, USPO, MJ Branson |
| 173 - 1 | 06/03/03 | [Re: DEF 6] JWS Judgment of Discharge dism w/o prej cts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 18, 19, 20, 21 of Indt. cc: USA, USM, USPO, MJ Branson |
| 174 - 1 | 06/21/05 | [Re: DEF 1] Return of WOA unexecuted per discharge of 6/2/03. |
| 175 - 1 | 06/21/05 | [Re: DEF 3] Return of WOA unexecuted per discharge on 6/2/03. |
| 176 - 1 | 06/21/05 | [Re: DEF 4] Return of WOA unexecuted per discharge on 6/2/03. |
| 177 - 1 | 06/21/05 | [Re: DEF 6] Return of WOA unexecuted per discharge on 6/2/03. |
| 178 - 1 | 07/15/05 | [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 6 | 07/18/05 | Issued: writ of execution re: DEF 2 on PFD. |